UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'SEAN LEON FAIRLEY,<br><br>        Petitioner,<br><br>    v.<br><br>M.D. BITER,<br><br>        Respondent. | CASE NO. CV 13-899-AG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: <u>February 13, 2013</u>.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Fairley Judgment.wpd